LOEHR, Appellant, vs. CROCKER and another, Respondents.

*November 10—December 7, 1926.*

Companion case to *Loehr v. Crocker, ante,* p. 422.

APPEAL from a judgment of the circuit court for Manitowoc county: MICHAEL KIRWAN, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Reilly & O'Brien* of Fond du Lac, and oral argument by *J. E. O'Brien.*

For the respondents there were briefs by *Hougen & Brady* of Manitowoc, and oral argument by *A. L. Hougen.*

OWEN, J. This action was brought by the plaintiff to recover damages for personal injuries sustained in a collision between the automobile of his son, Louis Loehr, in which he was riding, and a passenger bus owned by the defendants. From a judgment dismissing his complaint plaintiff appeals. This is a companion case to that of *Loehr v. Crocker, ante,* p. 422, 211 N. W. 299. In that case it was decided that the evidence disclosed no actionable negligence on the part of the defendants, and the plaintiff was denied a recovery. The decision in that case controls this, and the judgment must be affirmed.

*By the Court.*—Judgment affirmed.